I, _____Eugene H. Johnson, Esq._____, certify that I am, and at all times during the
      (name)
service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made
December 21, 2012 by:
   (date)

☑ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

Lee Daniels, 937 Meadowland Drive #103, Cincinnati, OH 45255
Lee Daniels, 162 West Main Street, Amelia, Ohio, 45102
Lee Daniels , c/o Wasserstrom, 619 Dunwoodie Drive, Cincinnati, Ohio 45230
Marc Dwwyer, Esq., Chiumento Selis Dwyer, PL Attys at Law, 145 City Place, Suite 301, Palm Coast, FL 32164

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____,
as follows: [Describe briefly]                                                    (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

12-21-12
Date                                                             Signature

Print Name  Eugene H. Johnson

Business Address  300 W. Adams Street, Ste 400

City Jacksonville        State FL        Zip 32202